IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEAMBRA JOHNSON and M.R., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:23-cv-1453-E |
| | § | |
| WILLIAM LANE, DISD SCHOOL BOARD MEMBERS, and UNKNOWN STUDENTS, | § § § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 22nd day of May, 2024

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE